IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:11-cv-00138

| STEVE ERIKSON, | JOINT STIPULATION ON PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO RESPOND TO DISCOVERY AND MOTION FOR RELIEF FROM REQUEST FOR ADMISSIONS |
|---|---|
| Plaintiff, | |
| v. | |
| FOCUS RECEIVABLES MANAGEMENT, LLC, | |
| Defendant. | |

**NOW COMES** the Defendant, FOCUS RECEIVABLES MANAGEMENT, LLC, and Plaintiff, STEVE ERIKSON, by and through undersigned counsel, and submit this Joint Stipulation to Plaintiff's Motion for Extension of Time to Respond to Discovery and Motion for Relief from Request for Admissions. Having discussed the subject Request for Admissions, Defendant has agreed to allow timely submission of verified supplemental responses to Defendant's Request for Admissions Pursuant to Rule 36 of the Federal Rules of Civil Procedure by May 23, 2011.

**WHEREFORE**, Defendant and Plaintiff request this matter be withdrawn from the Court's consideration as the parties have resolved the issues before the Court.

This the 9th day of May, 2011.

| | |
|---|---|
| /s/CHRISTOPHER D. LANE | /s/JON S. PLAYER |
| N.C. State Bar No. 20302 | N.C. State Bar No. 36997 |
| Christopher D. Lane, Esq. | Hedrick, Gardner, Kincheloe & Garofalo, LLP |
| Attorney for Plaintiff | Attorney for Defendant |
| 3333 Brookview Hills Blvd., Suite 206 | P.O. Box 30397 |
| Winston-Salem, NC 27103 | Charlotte, NC 28230 |
| PH: (336)760-1541 | PH: (704) 366-1101 |
| FAX: (336) 766-9145 | FAX: (704) 366-6181 |
| cdlaw@juno.com | Email: jplayer@hedrickgardner.com |