UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:11-cv-00138-W

| | |
|---|---|
| STEVE ERIKSON, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) **ORDER** <br> ) <br> FOCUS RECEIVABLES MANAGEMENT, ) <br> LLC, ) <br> ) <br> Defendant. ) | |

THE MATTER is before the Court on the parties' Joint Motion for Modification of Scheduling Order (Doc. No. 45). The Court finds that for the reasons stated in the joint motion, the parties have made a showing of good cause to modify the deadlines set by the United States District Court for the Northern District of Georgia prior to this case being transferred to this District.

IT IS, THEREFORE, ORDERED that the parties' Motion (Doc. No. 45) is GRANTED. This case shall be assigned to the Standard Track under the Court's Standing Order, and the parties shall abide by the provisions and limitations set forth therein. The following deadlines shall be set for this case:

  a. Plaintiff shall produce all reports of retained experts by June 27, 2011;
  b. Defendant shall produce all reports of retained experts by July 25, 2011;
  c.. Discovery be completed by August 22, 2011;
  d. The parties shall participate in mediation by September 2, 2011; and
  e. Dispositive motions shall be filed by September 19, 2011.

Following a ruling on dispositive motions, the Court shall set trial for its first available term thereafter.

Signed: May 24, 2011

IT IS SO ORDERED.

Frank D. Whitney
United States District Judge