# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| STEVE ERIKSON, | ) Case No: 3:11-cv-00138-FDW-DSC |
| Plaintiff, | ) |
| v. | ) **PLAINTIFF'S CERTIFICATE OF SERVICE OF DISCOVERY RESPONSES** |
| FOCUS RECEIVABLES MANAGEMENT, LLC, | ) |
| Defendant. | ) |

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of Plaintiff's responses to Defendant's Interrogatories, Request for Production and Requests for Admissions and verification of same have been forwarded via electronic mail and regular U.S. mail delivery, on this 25th day of May 2011 to:

> Jon Player, Esq.
> Hedrick Gardner Kincheloe & Garofalo LLP
> P. O. Box 30397
> Charlotte, NC 28230
> jplayer@hedrickgardner.com

Dated: May 25, 2011            RESPECTFULLY SUBMITTED,

By: /s/ Christopher D. Lane
    Christopher D. Lane, Esq.
    NC Bar ID # 20302
    3333 Brookview Hills Blvd., Suite 206
    Winston-Salem, NC 27103
    Tel: 336-760-1541
    cdllaw@juno.com