# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| STEVE ERIKSON, | - |
| Plaintiff, | - |
| v. | - Case No: 3:11-cv-00138-FDW -DSC |
| FOCUS RECEIVABLES MANAGEMENT, LLC, | - |
| Defendant. | - |

## STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW, all parties of record that have made an appearance in this action and file this Stipulation of Dismissal with Prejudice by which all parties stipulate to the dismissal of all claims asserted in this action with prejudice pursuant to Rule 41(a)(1)(A)(ii), all parties to bear their own attorney fees and costs.

Respectfully submitted this 12th day of September, 2011.

**Law Offices of James A. Davis & Assoc.**

By:/s/ Christopher D. Lane
    Christopher D. Lane, Esq.
    North Carolina Bar No.: 20302
    Law Offices of James A. Davis & Associates
    3802 Clemmons Road Suite A
    Clemmons, NC 27012

*Of Counsel*
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025

**Hedrick, Gardner, Kincheloe & Garofalo LLP**

By:/s/ Jon S. Player
    Jon S Player, Esq.
    Hedrick, Gardner, Kincheloe & Garofalo LLP
    PO Box 30397
    Charlotte NC 28230